**No. 09-35. Manuel Antonio Noriega, Petitioner v. George Pastrana, Warden.**

559 U.S. 1032, 130 S. Ct. 1942, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2392.

March 22, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 917, 130 S. Ct. 1002, 175 L. Ed. 2d 1098, 2010 U.S. LEXIS 826.

**No. 09-506. The Children's Fund, et al., Petitioners v. Springfield Holding Company Ltd. LLC, et al.**

559 U.S. 1032, 130 S. Ct. 1942, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2394.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1113, 130 S. Ct. 1069, 175 L. Ed. 2d 886, 2010 U.S. LEXIS 131.

**No. 09-585. Harvest Institute Freedman Federation, et al., Petitioners v. United States.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2480.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1149, 130 S. Ct. 1147, 175 L. Ed. 2d 974, 2010 U.S. LEXIS 583.

**No. 09-655. Stanley L. Wade, Petitioner v. United States.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2452.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1150, 130 S. Ct. 1158, 175 L. Ed. 2d 976, 2010 U.S. LEXIS 611.

**No. 09-5490. Terry Middleton, Petitioner v. Deborah Schult, Warden.**

559 U.S. 1033, 130 S. Ct. 1947, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2437.

March 22, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 558 U.S. 1100, 130 S. Ct. 1012, 175 L. Ed. 2d 635, 2009 U.S. LEXIS 9062.

**No. 09-6577. Barbara Leigh Mitchell, Petitioner v. Kelly O'Brien.**

559 U.S. 1032, 130 S. Ct. 1943, 176 L. Ed. 2d 406, 2010 U.S. LEXIS 2393.

March 22, 2010. Petition for rehearing denied.

Former decision, 558 U.S. 1150, 130 S. Ct. 1139, 175 L. Ed. 2d 977, 2010 U.S. LEXIS 670.